1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
        1420 E. Cooley Dr., Suite 100
3       Colton, California 92324
4       Telephone: (909) 796-4560
        Facsimile:  (909) 796-3402
5       E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff

8           UNITED STATES DISTRICT COURT
9       CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 PATRICIA PRICE,                    )   No.  CV 10-2739 RNB
11                                    )
                                      )   [PROPOSED] ORDER AWARDING
12     Plaintiff,                     )   EAJA FEES
                                      )
13     v.                             )
                                      )
14                                    )
   MICHAEL J. ASTRUE,                 )
15 Commissioner Of Social Security,   )
                                      )
16                                    )
17     Defendant.                     )

18
        Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19
        IT IS ORDERED that EAJA fees are awarded in the amount of TWO
20
   THOUSAND THREE HUNDRED DOLLARS AND 00/100 ($2,300.00) subject to the
21
   terms of the stipulation.
22
        DATE: February 25, 2011        _____
23
                                       HON. ROBERT N. BLOCK
24                                     UNITED STATES MAGISTRATE JUDGE

-1-